UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) EDTN Arresting Dist No. 1:23-mj-087-SKL |
| v. | ) Eastern Dist. Louisiana–New Orleans Div. |
| | ) Charging Dist. No. 2:23-cr-050-SSV-MBN |
| | ) |
| KEATON MANGHANE | ) |
| | ) |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on March 29, 2023, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on an arrest warrant and an Indictment out of the U.S. District Court, U.S.D.C., Eastern District of Louisiana, New Orleans Division. Those present for the hearing included:

(1) AUSA Frank Clark for the USA.
(2) The defendant, KEATON MANGHANE.
(3) Attorney Myrlene Marsa with Federal Defender Services of Eastern Tennessee as appointed counsel for defendant.

The defendant had been provided with a copy of the arrest warrant and indictment and had the opportunity of reviewing those documents with his attorney. It was determined defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

AUSA Clark moved that defendant be detained. The defendant waived any detention hearing and preliminary hearing in this district and asked that his hearings and any further proceedings be held in the U.S. District Court, Eastern District of Louisiana, New Orleans Division.

The defendant was also advised of his rights pursuant to Rule 20 of the Federal Rules of Criminal Procedure. After consulting with his counsel, Defendant asked that he be transferred to the U.S. District Court, Eastern District of Louisiana, New Orleans Division, the charging district.

It is ORDERED:

(1) Defendant shall be **TEMPORARILY DETAINED** pending his transfer to the U.S. District Court, Eastern District of Louisiana, New Orleans Division as set forth

in the Order of Temporary Detention Pending Hearing Pursuant to Bail Reform Act.

(2) The U.S. Marshals Service shall transport defendant to the U.S. District Court, Eastern District of Louisiana, New Orleans Division for a hearing on a date to be determined once defendant is in said district.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE